Black v. Michigan Department of Corrections (10-cv-11211)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IVAN BLACK,

    Plaintiff,                              Civil Action No. 10-cv-11211
                                                HON. BERNARD A. FRIEDMAN
vs.                                             MAG. JUDGE PAUL KOMIVES

MICHIGAN DEPARTMENT OF
CORRECTIONS,

    Defendant.
_____/

**MEMORANDUM OPINION AND ORDER**

        This matter is before the Court on Magistrate Judge Paul Komives's Report and Recommendation ("R&R") dated January 23, 2013 [docket entry 29]. Plaintiff has not filed an objection to the R&R pursuant to FED R. CIV. P. 72(b)(2).

        This Court had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons. Accordingly,

        IT IS ORDERED that Magistrate Judge Paul Komives's Report and Recommendation dated January 23, 2013, is hereby accepted and adopted.

        IT IS FURTHER ORDERED that defendant's motion for summary judgment [docket entry 25] is granted.

Dated:   March 8, 2013                        S/ Bernard A. Friedman
                                         _____
        Detroit, Michigan                BERNARD A. FRIEDMAN
                                         SENIOR UNITED STATES DISTRICT JUDGE